**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**TRAVIS D. SWENBY,**

**Plaintiff,**

**v.** **Case No. 26-CV-874**

**JOHN DOES,**

**Defendants.**

---

# ORDER

---

Plaintiff Travis D. Swenby, proceeding pro se, brings this action under 42 U.S.C. § 1983. He is proceeding on Fourth Amendment claims alleging that deputies of the Shawano County Sheriff's Department seized his personal property during the execution of a writ of restitution in which Swenby was not named. When Swenby prepared his complaint, he did not know the names of the defendants, so he used John Doe placeholders. The court instructed Swenby to use discovery to learn the John Doe Defendants' names. On September 25, 2026, Swenby filed a motion to identify the John Doe Defendants. In the motion, he identifies the John Doe Defendants as Deputy Reed Ambrosius and Deputy Chase Mason of the Shawano County Sheriff's Department. (ECF No. 21.) The court will grant Swenby's motion. Additionally, the court will direct the Clerk to file Swenby's Proposed Amended Complaint (ECF No. 21-1), and the United States Marshal shall serve the Proposed Amended Complaint

on the newly identified defendants. After the defendants have had an opportunity to respond to the complaint, the Court will enter a scheduling order setting deadlines for the completion of discovery and the filing of dispositive motions.

**IT IS THEREFORE ORDERED** that Swenby's motion to identify the John Doe Defendants (ECF No. 21) is GRANTED. The Clerk's office is directed to update the caption to reflect that the names of the John Doe Defendants are Deputy Reed Ambrosius and Deputy Chase Mason.

**IT IS FURTHER ORDERED** that the Clerk's office shall file Swenby's Proposed Amended Complaint (ECF No. 21-1).

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Proposed Amended Complaint, the court's June 29, 2026, screening order, and this order upon Deputy Reed Ambrosius and Deputy Chase Mason pursuant to Federal Rule of Civil Procedure 4. Swenby is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2)–(3). Although Congress requires the court to order service by the U.S. Marshals Service precisely because plaintiffs proceeding in forma pauperis are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service. The court is not involved in the collection of the fee.

**IT IS FURTHER ORDERED** that the parties may not begin discovery until after the court enters a scheduling order setting deadlines for discovery and dispositive motions.

Dated at Green Bay, Wisconsin this 29th day of September, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge